IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNIVERSITY OF PITTSBURGH—OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>COOK MYOSITE, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 2:22-cv-717-CCW |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff/Counterclaim Defendant The University of Pittsburgh—Of the Commonwealth System of Higher Education and Defendant/Counterclaim Plaintiff Cook Myosite, Inc. have reached an agreement in principle that will confidentially resolve the claims alleged in this matter. The parties shall file a stipulation of dismissal or joint status report regarding settlement on or before April 17, 2025.

[*signatures on following page*]

Dated:  April 3, 2025                                              Respectfully submitted,

| | |
|---|---|
| */s/ Colin Callahan* | */s/ Kevin M. Eddy* |
| Colin Callahan (Pa I.D. No. 328033) | Kevin M. Eddy (Pa I.D. No. 92904) |
| Flannery Georgalis, LLC | Blank Rome LLP |
| 707 Grant Street, Ste. 2750 | 501 Grant St., Suite 850 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| (412) 254-8602 | (412) 932-2757 |
| ccallahan@flannerygeorgalis.com | kevin.eddy@blankrome.com |
| | |
| Huiya Wu (NY 3892858) | R. Trevor Carter [IN 18562-49] *pro hac vice* |
| Olubukola Ayetiwa (NY 6063523) | Andrew M. McCoy [IN 28297-49] *pro hac vice* |
| GOODWIN PROCTER LLP | Faegre Drinker Biddle & Reath LLP |
| The New York Times Building | 300 N. Meridian St., Suite 2500 |
| 620 Eighth Avenue | Indianapolis, IN 46204 |
| New York, NY 10018 | (317) 237-0300 |
| Tel.:  (212) 813-8800 | trevor.carter@faegredrinker.com |
| HWu@goodwinlaw.com | andrew.mccoy@faegredrinker.com |
| OAyetiwa@goodwinlaw.com | |
| Admitted *pro hac vice* | Alison J. Baldwin [IL 6271901] *pro hac vice* |
| | Faegre Drinker Biddle & Reath LLP |
| Alison Siedor (DC 90007773) | 320 South Canal Street, Suite 3300 |
| Madeline Bordynoski (DC 1618650) | Chicago, IL 60606-5707 |
| GOODWIN PROCTER LLP | (312) 569-1000 |
| 1900 N Street, N.W. | alison.baldwin@faegredrinker.com |
| Washington, DC 20036 | |
| Tel.:  (202) 346-4000 | Andrea I. Savageau [MN 0399904] *pro hac vice* |
| ASiedor@goodwinlaw.com | Faegre Drinker Biddle & Reath LLP |
| MBordynoski@goodwinlaw.com | 2200 Wells Fargo Center |
| Admitted *pro hac vice* | 90 South 7th Street |
| | Minneapolis, MN 55402 |
| *Attorneys for Plaintiff The University of Pittsburgh—Of The Commonwealth System of Higher Education* | (612) 766-7000 |
| | andrea.savageau@faegredrinker.com |
| | |
| | *Attorneys for Defendant Cook Myosite, Inc.* |

**CERTIFICIATE OF SERVICE**

I hereby certify that on this date, I served all parties of record via the Court's ECF filing system.

/s/ Kevin M. Eddy