IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNIVERSITY OF PITTSBURGH—OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>COOK MYOSITE, INC.,<br><br>Defendant/Counterclaim Plaintiff. | Civil Action No. 2:22-cv-717-CCW |

**JOINT STATUS REPORT**

1. Pursuant to this Court's May 30, 2025 Order, the parties hereby submit the following Joint Status Report.

2. The University of Pittsburgh—Of The Commonwealth System of Higher Education ("UPitt") provided revisions to the draft settlement agreement to Cook Myosite, Inc. ("Cook") on May 21, 2025.

3. Cook is reviewing the revised settlement agreement. However, because of the delay associated with Cook's counsels' trial and other scheduling issues, Cook needs additional time to provide comments to the latest version of the proposed release.

4. As such, the parties jointly request until July 11, 2025 to either file a stipulation of dismissal or another joint status report.

[*signatures on following page*]

| | |
|---|---|
| Dated: June 20, 2025 | Respectfully submitted, |
| | |
| */s/ Colin Callahan* | */s/ Kevin M. Eddy* |
| Colin Callahan (Pa I.D. No. 328033) | Kevin M. Eddy (Pa I.D. No. 92904) |
| Flannery Georgalis, LLC | Blank Rome LLP |
| 707 Grant Street, Ste. 2750 | 501 Grant St., Suite 850 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| (412) 254-8602 | (412) 932-2757 |
| ccallahan@flannerygeorgalis.com | kevin.eddy@blankrome.com |
| | |
| Huiya Wu (NY 3892858) | R. Trevor Carter [IN 18562-49] *pro hac vice* |
| Olubukola Ayetiwa (NY 6063523) | Andrew M. McCoy [IN 28297-49] *pro hac vice* |
| GOODWIN PROCTER LLP | Faegre Drinker Biddle & Reath LLP |
| The New York Times Building | 300 N. Meridian St., Suite 2500 |
| 620 Eighth Avenue | Indianapolis, IN 46204 |
| New York, NY 10018 | (317) 237-0300 |
| Tel.: (212) 813-8800 | trevor.carter@faegredrinker.com |
| HWu@goodwinlaw.com | andrew.mccoy@faegredrinker.com |
| OAyetiwa@goodwinlaw.com | |
| Admitted *pro hac vice* | Alison J. Baldwin [IL 6271901] *pro hac vice* |
| | Faegre Drinker Biddle & Reath LLP |
| Alison Siedor (DC 90007773) | 320 South Canal Street, Suite 3300 |
| Madeline Bordynoski (DC 1618650) | Chicago, IL 60606-5707 |
| GOODWIN PROCTER LLP | (312) 569-1000 |
| 1900 N Street, N.W. | alison.baldwin@faegredrinker.com |
| Washington, DC 20036 | |
| Tel.: (202) 346-4000 | Andrea I. Savageau [MN 0399904] *pro hac vice* |
| ASiedor@goodwinlaw.com | Faegre Drinker Biddle & Reath LLP |
| MBordynoski@goodwinlaw.com | 2200 Wells Fargo Center |
| Admitted *pro hac vice* | 90 South 7th Street |
| | Minneapolis, MN 55402 |
| *Attorneys for Plaintiff The University of Pittsburgh—Of The Commonwealth System of Higher Education* | (612) 766-7000 |
| | andrea.savageau@faegredrinker.com |
| | |
| | *Attorneys for Defendant Cook Myosite, Inc.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I served all parties of record via the Court's ECF filing system.

/s/ Kevin M. Eddy